PEOPLE V YUL WILLIAMS, No. 138384; Court of Appeals No. 280673.

GLOD V CLINTON RIVER CRUISE COMPANY, INC, No. 138393; Court of Appeals No. 279422.

PEOPLE V CASPER, No. 138408; Court of Appeals No. 280261.

PEOPLE V GAINES, No. 138415; Court of Appeals No. 274721.

PEOPLE V LICEAGA, No. 138426; Court of Appeals No. 280726.

PEOPLE V DUDLEY, No. 138428; Court of Appeals No. 281979.

PEOPLE V MUNTAQIM-BEY, No. 138430; Court of Appeals No. 280323.

PEOPLE V MUNRO, No. 138434; Court of Appeals No. 280154.

PEOPLE V SCOTT HENSLEY, No. 138435; Court of Appeals No. 280781.

PLUTSCHUCK V MANDEL, No. 138442; Court of Appeals No. 282980.

PEOPLE V HENDERSON, No. 138445; Court of Appeals No. 279861.

NOVASTAR HOME MORTGAGE, INC V D C ACCEPTANCE, LLC, No. 138448; Court of Appeals No. 280865.
CAVANAGH, J., did not participate due to a familial relationship with counsel of record.

PEOPLE V SALATHIEL BROWN, No. 138453; Court of Appeals No. 279073.

PEOPLE V COURON, No. 138468; Court of Appeals No. 278082.

PEOPLE V DAVID TAYLOR, No. 138470; Court of Appeals No. 279975.

PEOPLE V SINGLETON, No. 138475; Court of Appeals No. 280429.

PEOPLE V ANTHONY GATES, No. 138482; Court of Appeals No. 281205.

PEOPLE V EDDIE THOMPSON, No. 138483; Court of Appeals No. 289574.

PEOPLE V RICHARDSON, No. 138484; Court of Appeals No. 272367.

PEOPLE V RICHARD MARTINEZ, No. 138485; Court of Appeals No. 289235.

PEOPLE V JOHN GREER, No. 138487; Court of Appeals No. 278746.

PEOPLE V ALDRIDGE, No. 138488; Court of Appeals No. 280984.

PEOPLE V VRONKO, No. 138492; Court of Appeals No. 279857.

SCHWENDENER V MIDWEST BANK AND TRUST COMPANY, No. 138498; Court of Appeals No. 289306.

HICKS V ODL, INC, No. 138502; Court of Appeals No. 287154.

PEOPLE V SHANEKA WASHINGTON, No. 138507; Court of Appeals No. 281621.